UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. WILLIAMS,

       Plaintiff,

                                       File no: 1:22-cv-1153

v.

                                       HON. ROBERT J. JONKER

M&M TOWING SERVICE,

       Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 6, 2024 (ECF No. 51).    The Report and Recommendation was duly served on the parties.    No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 51) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment (ECF No. 38) as to M&M Towing Service is **GRANTED** in the amount of $1,434.00.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:    July 1, 2024               /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE